**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**GREGORY ALLEN JENNINGS,**

       **Plaintiff,**

**vs.**                                                    **Case No.: 2:17-cv-248**
                                                           **JUDGE GEORGE C. SMITH**
                                                           **Magistrate Judge Jolson**

**GARY MOHR,** *et al.*,

       **Defendants.**

<u>**ORDER**</u>

On May 8, 2017, the United States Magistrate Judge issued a *Report and Recommendation* granting Plaintiff's Motion to Proceed in forma pauperis and after conducting an initial screen, recommended that this action be dismissed.  (*See Report and Recommendation*, Doc. 3).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Complaint fails to state a claim upon which relief can be granted.  Accordingly, Plaintiff's Complaint is hereby **DISMISSED** pursuant to Section 1915(e)(2).

The Clerk shall remove Document 3 from the Court's pending motions list and terminate this case.

       **IT IS SO ORDERED**.

                              */s/ George C. Smith*_____
                              **GEORGE C. SMITH, JUDGE**
                              **UNITED STATES DISTRICT COURT**