IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY ALLEN JENNINGS,

        Plaintiff,

vs.                                                      Case No.: 2:17-cv-248
                                                          JUDGE GEORGE C. SMITH
                                                          Magistrate Judge Jolson

GARY MOHR, *et al.*,

        Defendants.

## ORDER

On May 8, 2017, the United States Magistrate Judge issued a *Report and Recommendation* granting Plaintiff's Motion to Proceed *in forma pauperis* and after conducting an initial screen, recommended that this action be dismissed. (*See Report and Recommendation*, Doc. 3). On June 6, 2017, the Court adopted the *Report and Recommendation*, noting no objections were filed. (Doc. 4). Plaintiff, on the same day, submitted a motion for extension of time to file objections. (Doc. 6). The Court then vacated the previous Order adopting the *Report and Recommendation*. (Doc. 7). In the Court's Order on June 8, 2017, Plaintiff was given 30 days to file any objections to the *Report and Recommendation,* but again has failed to timely file objections. Further, he was advised of this right and of the consequences of his failure to file objections.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint fails to state a claim upon which relief can be granted. Accordingly, Plaintiff's Complaint is hereby **DISMISSED** pursuant to Section 1915(e)(2).

The Clerk shall remove Document 3 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**