IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY ALLEN JENNINGS,**

   **Plaintiff,**

vs.                Case No.: 2:17-cv-248
                  JUDGE GEORGE C. SMITH
                  Magistrate Judge Jolson

**GARY MOHR,** *et al.***,**

   **Defendants.**

## ORDER

   On September 7, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Reconsideration be **DENIED**. (*See Report and Recommendation*, Doc. 12).

   Final judgment was entered in this case on July 13, 2017. (Doc. 9). Then on July 20, 2017, Plaintiff filed a Motion which has been construed as seeking reconsideration of his Eighth Amendment claim for deliberate indifference to his medical needs. (Doc. 10). The Magistrate Judge then issued a Report and Recommendation on that Motion. The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff's Objections to the Magistrate's *Report and Recommendation*. (Doc. 13). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

   The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff asserts that he is just a lay man and because of that, the Court is unfairly dismissing his claim. He proceeds to argue his medical claim and

his serious medical need. However, Plaintiff has failed to establish any basis for reconsideration of this Court's previous Order dismissing the case and entering final judgment.

Therefore, for the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections to the *Report and Recommendation* are without merit and are hereby **OVERRULED**.

The *Report and Recommendation* (Doc. 12) is hereby **ADOPTED** and **AFFIRMED.** The Clerk shall remove Documents 10, 12, and 13 from the Court's pending motions list and this case shall remain closed.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**